IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FEMI ALEXANDER MEWASE

v.                                                                  Civil No. 1:20cv326-HSO

UNITED STATES OF AMERICA

AND

UNITED STATES OF AMERICA

v.                                                                  Crim. No. 1:14cr33-HSO-BWR-16

FEMI ALEXANDER MEWASE

# FINAL JUDGMENT

For the reasons given in the Order denying Defendant Femi Alexander Mewase's Motion [1047] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED** that, this case is dismissed.

**SO ORDERED AND ADJUDGED**, this the 24th day of August, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE